UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD HOWARD WATKINS,<br><br>Petitioner,<br><br>v.<br><br>3RD DISTRICT APPELLATE COURT,<br><br>Respondent. | No. 2:22-cv-1575 DB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Shortly after petitioner filed the instant petition, he submitted a notice of errata and request to return the petition. (ECF No. 3.) The Court construed plaintiff's filing as a notice of voluntary dismissal and closed the case. (ECF No. 4.) Thereafter, petition submitted a filing requesting information regarding the dismissal. (ECF No. 8.) The request was granted, the notice of voluntary dismissal was vacated, and the case was reopened. (ECF No. 9.) Petitioner then filed a notice of voluntary dismissal. (ECF No. 10.) Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, petitioner's request shall be honored.

////

////

////

////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.
2  Fed. R. Civ. P. 41(a); <u>see also</u> Rule 12, Rules Governing Habeas Corpus Cases Under Section
3  2254.
4  Dated: March 15, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB/DB Prisoner Inbox/Habeas/R/watk1575.159